UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LIBERTY STREET UPT, LLC AND 1008 THIRD STREET, LLC** | * | **CIVIL ACTION NO.   2:23-06926** |
| *Petitioners* | * | **JUDGE: SARAH S. VANCE** |
| | * | |
| **VERSUS** | * | **MAGISTRATE JUDGE: KAREN WELLS ROBY** |
| | * | |
| **HUDSON EXCESS INSURANCE COMPANY** | | |
| *Defendant* | | |

## JOINT MOTION FOR ENTRY OF ORDER OF DISMISSAL WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Liberty Street UPT, LLC and 1008 Third Street, LLC, and Defendant, Hudson Excess Insurance Company, and upon suggesting to this Honorable Court that all of Plaintiffs' claims against Defendant have been fully compromised and settled, it is hereby requested that all of Plaintiffs' claims against Defendant be dismissed with prejudice, each party to bear its own costs.

Respectfully submitted,

**GODBEY GIARDINA LAW GROUP**

*/s/ Donald D. Reichert, Jr.*
Donald D. Reichert, Jr. (#33328)
Aaron Godbey (#38534)
Dante Cortello (#39093)
Devlan Melancon (#39280)
1381 Fremaux Avenue
Slidell, LA 70458
Tel:    985-590-4650
don@g-glawgroup.com
*Attorneys for Plaintiffs*

- AND -

**ADAMS AND REESE LLP**

*/s/ Alexandra Roselli Lamb*
Christopher A. D'Amour (# 26252)
Alexandra Roselli Lamb (# 37847)
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone:  504-581-3234
Facsimile:  504-566-0210
E-mail: chris.d'amour@arlaw.com
Email: alex.lamb@arlaw.com
*Attorneys for Defendant, Hudson Excess Insurance Company*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served upon all counsel of record in this matter via CM/ECF this 17th day of October, 2024.

*/s/ Alexandra Roselli Lamb*
**ALEXANDRA ROSELLI LAMB**