UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LIBERTY STREET UPT, LLC AND 1008 THIRD STREET, LLC** | * | **CIVIL ACTION NO.  2:23-06926** |
| *Petitioners* | * | **JUDGE: SARAH S. VANCE** |
| | * | |
| **VERSUS** | * | **MAGISTRATE JUDGE: KAREN WELLS ROBY** |
| | * | |
| **HUDSON EXCESS INSURANCE COMPANY** | | |
| *Defendant* | | |

### ORDER

Considering the foregoing *Joint Motion for Entry of Order of Dismissal with Prejudice*;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion is hereby **GRANTED**. All claims of Plaintiffs, Liberty Street UPT, LLC and 1008 Third Street, LLC, against Defendant, Hudson Excess Insurance Company, in this matter be and are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

New Orleans, Louisiana, this 18th day of October, 2024.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE